a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

ANNA MERCEDES BRAN AGUILAR, Petitioner — CIVIL DOCKET NO. 6:26-CV-00455 SEC P

VERSUS — JUDGE ALEXANDER C. VAN HOOK

WARDEN SOUTH LOUISIANA ICE PROCESSING CENTER ET AL, Respondents — MAGISTRATE JUDGE PEREZ-MONTES

---

## MEMORANDUM ORDER

Petitioner Anna Mercedes Bran Aguilar ("Aguilar") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging her pre-removal-order detention. ECF No. 1. According to the Executive Office for Immigration Review, Aguilar's removal order became final on May 18, 2026, when the time within which to appeal expired. The online detainee locator service returns no matching records for Aguilar.

Accordingly, IT IS ORDERED that within seven (7) days, the Government supplement its Response to address the status of Aguilar's detention and any jurisdictional issues. Thereafter, Aguilar shall have seven (7) days within which to reply.

SIGNED on Monday, October 5, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE